BEFORE THE THIRD DIVISION, JANUARY 16, 1943

**No. 47920.**—Protest 91445–K of Maray Corp. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 47921.**—Protests 50792–K (A), etc., of Ernst Bremermann & Co. et al. (Boston).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). Claim for free entry under paragraph 1685 was therefore sustained.

**No. 47922.**—Protests 91535–K (B), etc., of Black Knight China, Inc. (New York).

Opinion by EKWALL, J. After an examination of the official papers the court dismissed the protests.